**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 24-cv-423-CNS-MDB

ESTATE OF KEVIN DIZMANG,

      Plaintiff,

v.

SEAN REED, a Colorado Springs Police Officer, in his individual capacity,
NICK FISHER, a Colorado Springs Fire Department Paramedic, in his individual capacity,

      Defendants.

---

**NOTICE OF CONVENTIONALLY FILED EXHIBIT TO DEFENDANT FISCHER'S
MOTION TO DISMISS**

---

      **EXHIBIT A** is Officer Sean Reed's body-worn camera footage of the incident. This recording has been saved to a thumb drive and is being conventionally filed with the Court, pursuant to D.C.COLO.LCivR 5.1(b)(1). This footage has also been provided to opposing counsel.

      Respectfully submitted this 9th day of April, 2024.

      *s/* Jonathan N. Eddy
      **Jonathan N. Eddy**
      SGR, LLC
      3900 E. Mexico Ave., Suite 700
      Denver, CO 80210
      Telephone: (303) 320-0509
      Email: jeddy@sgrllc.com
      *Attorney for Defendant Fischer*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of April, 2024, I electronically filed a true and correct copy of the above and foregoing **NOTICE OF CONVENTIONALLY FILED EXHIBIT TO DEFENDANT FISCHER'S MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Kevin Mehr, Kevin.mehr@mehrlawcolorado.com
Harry Daniels, Daniels@harrymdaniels.com
Bakari Sellers, Bsellers@stromlaw.com
*Counsel for Plaintiff*

                                                    */s/ Carol J. Kelly*
                                                    Legal Secretary